IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Courtney Scott Fontes
Edwin McGill

*(Please write your full name)*

-v-

Matthew Kettle - Warden
Walter Duffy - Captain
Steven Cabral - Investigator
Jeffrey Aceto - Deputy

*(Write the full name of each **defendant** who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **CA 16 - 419**

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

I.   **The Parties to This Complaint**

  A.   **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Edwin McGill / Courtney Scott Fontes
  Street Address: R.I.D.O.C (ACI) P.O. Box 8473 MAX security
  City and County: Cranston, R.I. 02920
  State and Zip Code: Cranston — Providence
  Telephone Number:

  B.   **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: Matthew Kettle
  Job or Title (if known): Warden
  Street Address: ACI - MAX security
  City, State, Zip Code: Cranston, R.I. 02920

  Defendant No. 2
  Name: Walter Duffy
  Job or Title (if known): Captain
  Street Address: ACI Max security
  City, State, Zip Code: Cranston R.I. 02920

  Defendant No. 3
  Name: Jeffory Aceto
  Job or Title: Deputy

2

(if known)
Street Address   ACI - MAX, Security
City, State, Zip Code   Cranston, R.I. 02920

Defendant No. 4
Name   Steven Cabral
Job or Title   Investigator
(if known)
Street Address   ACI. R.I. D.O.C
City, State, Zip Code   Cranston, R.I. 02920

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check which one applies)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment, (~~~~~)
Equal Protection Act.

3

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Courtney S. Yonkers, is a citizen of the State of *(name)* Rhode Island.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Matthew Kettle, is a citizen of the State of *(name)* Rhode Island. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* Matthew Kettle, is incorporated under the laws of the State of *(name)* Rhode Island, and has its principal place of business in the State of *(name)* Rhode Island. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    *See Attached Page*

3. The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____
    _____
    _____

B.

# Attachment To Page (4)

Defendant, Name, <u>Walter Duffy</u>, is a Citizen of the State of, Rhode Island, or is Citizen of foreign nation, _____,

If the defendant is a Corporation.

The defendant Name:

Defendant, Name, Steven Cabral, is a Citizen of the State of, <u>Rhode Island</u>, or is Citizen of foreign nation _____,

Defendant Name, Jeffary Aceto, is a Citizen of the State of <u>Rhode Island</u>, or is a Citizen of foreign nation,

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 4-27-15, I (Funkes) had sent the Warden a letter about officers violation of the officers code of Ethics, harassment due to my sexuality. Nothing was never done. After Reporting the staff listed, i started to be called names & being degraded. there has been other inmates put on my enemy list, i have been threatened to write fales statements on other inmates including Edwin Mcgill. I am put in segergation every month for fales charges, I follow the chain of command & i get put in segregation. I have been listed as a sex offender by staff, my medical information has been giving to other inmates. Due to there actions i have been on many different antidepressants & sleep medication. I have tried to comit suicide many times. some days i can't eat nor still sleep. Because of me being Afraid of what the next day will bring. my name is Ruined do to the information the staff give out some true, & many fales. my HIV status is not being kept private, & they the defendants keep me in segregation with not access to legal work. nor take in concideration my appeals. Also not being able to get a job in max security since 2014.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mental & emotional Injury 42 U.S.C.A.
To stop putting me into segregation under false Reasons.
I am still being locked in segregation from other inmates, I still am not allowed in certain programs.
Mental & emotional injury $15000.00, Punitive Damages $15000.00 Verbal Abuse $15000.00. Ever since this has been happening i feel my life is Ruined & not living for.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 1st, 2016.

Signature of Plaintiff  _Courtney Scott Fowles_

Printed Name of Plaintiff  Courtney Scott Fowles

6