COPY

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Courtney Scott Fontes | CA 16-419-S-PAS |
| DEFENDANT | TYPE OF PROCESS |
| Matthew Kettle - Warden | Civil Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Matthew Kettle

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
( ) Pontiac Ave P.O. Box 8273 Cranston R.I. 02920 — Maximum Security

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Courtney S. Fontes ID-138328
P.O. Box 8200 HSC
Cranston

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

*U.S. DISTRICT COURT DISTRICT OF RI — FILED 2016 NOV -7*

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: —
DATE: 10/25/16

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 70 | District to Serve No. 70 | Signature of Authorized USMS Deputy or Clerk | Date 11/1/16 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above): **Mike Grant**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

*U.S. MARSHALS SERVICE PROVIDENCE, RI — RECEIVED NOV 1 2016*

Date of Service: 11/2/16  Time: 10:30 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | $12.94 | | 65.00 | | | |

REMARKS:
1 hr   22 miles

Mileage charged 1x between 3 defendant - same address

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

COPY

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Courtney Scott Fontes | COURT CASE NUMBER CA16-419-S-pas |
|---|---|
| DEFENDANT Jeffery Aceto | TYPE OF PROCESS Civil Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeffery Aceto

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Maximum Security ( ) Pontiac Ave / P.O. Box 8273, Cranston, RI 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Courtney S. Fontes 138328
P.O. Box 8200 HSC
Cranston, R.I. 02920

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER  DATE 10/25/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 70 | District to Serve No. 70 | Signature of Authorized USMS Deputy or Clerk | Date 11/1/16 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
MIKE GRANT  LEGAL COUNSEL

Address (complete only if different than shown above)

Date of Service 11/2/11  Time 10:30 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges (including endeavors) $25.16 | Forwarding Fee | Total Charges $68.96 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 22 MILES  1 hr

MILEAGE CHARGED 1X BETWEEN 3 DEFENDANTS - SAME ADDRESS

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

1180

COPY

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF Courtney Scott Fontes | COURT CASE NUMBER CA16-419-S-PAS |
|---|---|
| DEFENDANT Walter Duffy | TYPE OF PROCESS Civil Summons |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Duffy Walter

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Max Security
( ) Pontiac Ave / P.O. Box 8273 Cranston, R.I. 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Courtney S. Fontes 138328
P.O. Box 8200 HSC
Cranston R.I. 02920

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                Fold

[FILED 2016 NOV -1 PM 1:25 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 10/25/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 70 | District to Serve No. 70 | Signature of Authorized USMS Deputy or Clerk | Date 11/1/16 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): MIKE GRANT

[US MARSHALS SERVICE PROVIDENCE RI RECEIVED NOV 1]

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 11/2/16   Time: 10:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: 1 hr   22 miles

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

Copy once

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Courtney Scott Fontes | CA16-419-S-PAS |
| DEFENDANT | TYPE OF PROCESS |
| Steven Cabral | Civil Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Steven Cabral

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 40 Howard Ave Cranston R.I 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Courtney S. Fontes 138328
P.O. Box 8200 HSC
Cranston, R.I. 02920

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Chief Investigator
Lynda Aul  401-462-2282

[U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND — FILED 2016 NOV -7 P 1:25]

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: —   DATE: 10/25/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 70 | District to Serve No. 70 | Signature of Authorized USMS Deputy or Clerk | Date 11/1/16 |
|---|---|---|---|---|
| 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Mike Grant  Legal Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

[MARSHALS SERVICE — PROVIDENCE, RI — RECEIVED 2016 NOV -1 PM 2:—]

Date of Service: 11/2/16   Time: 10:30  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | |

REMARKS: 1 hr  22 miles

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)