Courtney Scott Fontes ; id 138328
ACI, P.O. Box 8200
Cranston, R.I. 02920

FILED
2017 JAN -9 P 2:11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. District Court House
Att: Honorible P. Sullivan
One Exchange Terrace
Providence, R.I. 02903

1-3-17

RE: Case, C.A 16-419, Payment(s)

On 12-26-16 At 4:35pm my mother Donna Funks passed away At R.I. Hospital after a 2yr long battle with 2 Types of cancer plus heart issueis.
I am sending these motions again because i am no longer going to be recieveing any Type of funds for the rest of my time in prison, And i will be able to pay my balance off 60days after my release with my SSI income. My ACI Account As of now is —$1.31 And will most likely go up befor my Release. I am useing my last stamp to send out this paperwork.
Thank you

Courtny S. Fontes

(P.S. Can't find Right paperwork At ACI)

Courtney Scott Fontes id 138328
ACI. P.O. Box 8200
Cranston, R.I. 02920

FILED
2017 JAN -9 P 2: 11
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

U.S. District Court House
Att: Honorible P. Sullivan
One Exchange Terrace
Providence, R.I. 02903

1-3-17

RE: Case, C.A 16-419, Payment(s)

On 12-26-16 At 4:35pm my mother Donna Funks Passed away At R.I. Hospital after a 2yr long battle with 2 Types of cancer plus heart issue1s.

I am sending these motions again because i am no longer going to be recieveing any Type of funds for the rest of my time in Prison, And i will be able to pay my balance off 60days after my release with my SSI income. my ACI Account as of now is —$1.31 and will most likely go up befor my Release. I am useing my last Stamp TO send out this paperwork.

Thankyou

[signature]

(P.S. can't find Right paperwork At ACI)