UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COURTNEY FONTES

vs.                                                          C.A. No. 16-419

WALTER DUFFY, et al.

## STIPULATION OF DISMISSAL

    Plaintiff, Courtney Fontes, hereby dismisses this civil action, with prejudice, against all named Defendants. The parties agree that they shall bear their own costs and fees.

Plaintiff,

_/s/ Courtney A. Fontes_  1/11/17
COURTNEY FONTES

Defendants,
By their attorney,

_/s/ Michael B. Grant_  1/11/17
Michael B. Grant, Esq. #3864
R.I. Department of Corrections
40 Howard Avenue
Cranston, RI 02903
(401) 462-2910