Fr.: Mr. Courtney Scott Fontes #138328
Maximum Security - Proud 1 - #43
P.O. Box 8213
Cranston, Rhode Island - 02920

TO: United States Dist Court
Office Of The Clerk
One Exchange Terrace
Providence, R.I. - 02903

Date - 01-07-2020

Re: Filing Fee for 2016 Case - #16-4195

I have a current balance of $154.73 and i am encloseing a check in the amount of $100.00. This is more then 20% of my Jan' 2020 deposit, this will also bring my balance down to $54.73.

Thank you for your time and service

Sincerly -N- Respectfully

Courtney S. Fontes

Jan-07-2020

Courtney Fontes
# 137328

| Date | | Description | Payment | | Balance |
|---|---|---|---|---|---|
| | | CA# 16-419S | | | 350 |
| 9 | 20 | Initial Filing Fee ✓ # 160021 | 9 | 87 | 340 |
| 11 | 02 | ✓ # 160993 {Oct: $65 x 20% = $13.00} | 13 | 00 | 327 |
| 12 | 09 | ✓ # 161938 {Nov: $55 x 20% = $11.00} | 11 | 00 | 316 |
| 01 | 05 | ✓ # 162553 {Dec: $73 x 20% = $14.60} | 14 | 60 | 301.5 |
| 03 | 02 | ✓ # 163763 {Jan $42 x 20% = $8.40} | 8 | 40 | 293 |
| 03 | 09 | ✓ # 163921 {Feb: 93 x 20% = $18.60} | 18 | 60 | 274.5 |
| 11 | 05 | ✓ # 187821 {Oct: $350 x 20% = $70.00} | 70 | 00 | 204.5 |
| 12 | 04 | ✓ # 188394 {Nov: $249 x 20% = $49.80} | 49 | 80 | 154.73 |

This is your balance and I confirmed with the court today 1/3/20