Courtney Scott Fontes
85 Hamilton St #2
Providence, R.I. 02907

20 MAR 13 P 2:25

Court Clerk

I am writing today about case # 16-419S, A Section 1983 Civil case from 2016. I have been paying on the filing fee of $400.00 and was wondering how much more money i owe so i can send a money order for the full balance.

Please write me at the above Address for positive Assurance of my Response

Respectfully
[signature]
2-29-2020

Courtney Fong
United States District Court – Clerk's office
One Exchange Terrace     #137328
Prov. 02903

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

| Date | | Description | Payment | Balance |
|---|---|---|---|---|
| | | CA# 16-419S | | 350.00 |
| 9 | 20 | Initial Filing Fee ✓ #160021 | ✓ 9.87 | 340.13 |
| 11 | 02 | ✓ #160993 {Oct: $65 x 20% = $13.00} | ✓ 13.00 | 327.13 |
| 12 | 09 | ✓ #161938 {Nov: $55 x 20% = $11.00} | ✓ 11.00 | 316.13 |
| 01 | 05 | ✓ #162553 {Dec: $73 x 20% = $14.60} | ✓ 14.60 | 301.53 |
| 03 | 02 | ✓ #163763 {Jan: $42 x 20% = $8.40} | ✓ 8.40 | 293.13 |
| 03 | 09 | ✓ #163921 {Feb: 93 x 20% = $18.60} | ✓ 18.60 | 274.53 |
| 11 | 05 | ✓ #187821 {Oct: $350 x 20% = $70.00} | ✓ 70.00 | 204.53 |
| 12 | 04 | ✓ #188394 {Nov: $249 x 20% = $49.80} | ✓ 49.80 | 154.73 |
| | | Request sent to use encumbered funds to pay on fee $100.00 | | |
| 01 | 14 | # Jan: $100.00  $100%  $100.00} | ✓ 100.00 | 54.73 |
| 02 | 07 | # Feb: $12.00   $60.00  20% | 12.00 | 42.73 |
| 02 | 14 | Feb – $3.00 | 3.00 | 39.73 |